STANLEY F. HORAK
ATTORNEY FOR DEBTOR
1104 MAIN STREET, SUITE 300
VANCOUVER, WA 98660
360/695-1497
FAX 360/699-1351

Judge: Hon. Paul Snyder
Chapter: 13
Hearing location: Vancouver
Hearing date: 2/2/2010
Hearing time: 1:00 PM
Response date: 1/26/2010

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re )  Case No. 09-48362-PBS
) DECLARATION OF DEBTOR IN
DIANA M ACUESTA, ) OBJECTION TO US BANK, N.A.'S
) OBJECTION TO CONFIRMATION
        Debtor ) WITH PROOF OF SERVICE

Under penalty of perjury, the undersigned hereby declare as follows:

I am the debtor in the above-captioned case, over the age of eighteen years, and competent to be a witness herein.

I am not in arrears for my November 1, 2009, mortgage payment. I have a grace period that extends to the 15th of each month. My November payment of $5,381.54 was withdrawn from my bank account on November 23, 2009, electronic check number 005054 (see attached). Payments generally take 5-6 business days to be debited from my account after I authorize the payment. I am in compliance with the mortgage contract terms. There is no delinquency.

**Objection - 1**

**STANLEY F. HORAK LAW OFFICE**
1104 Main Street, Suite 300
Vancouver, WA 98660
**Phone** 360/695-1497 **Fax** 360/699-1351
**E-mail** Stanley.Horak@Gmail.com

Further, I do not understand the claimed escrow shortage of $657.92. US Bank's objection included no supporting documentation to prove or explain this claimed escrow shortage. On November 11, 2009, First Franklin issued me an escrow overage refund check in the amount of $258.78 (check stub attached). In the past, escrow shortages have been handled by adjusting my monthly payment. But my property valuation has decreased from by $165,219 in the past year, so I do not understand how such a shortage is possible.

There is no basis to deny confirmation of my Chapter 13 Plan. If US Bank proceeds with their objection, then they should provide a full, detailed ledger of my account history.

SIGNED AT Vancouver, Washington, on <u>1/22/2010</u>.

<u>/s/ Diana Acuesta</u>
DIANA ACUESTA

**Objection - 2**

# PROOF OF SERVICE

On this day, I served a copy of the document to which this Certificate is attached, and all attachments, upon the following parties by fully prepaid, first-class mail (unless otherwise indicated).

I declare the preceding true under penalty of perjury.

DCFS USA LLC
c/o Rebecca McGee Jolly
Hale Dewey & Knight PLLC
88 Union Ave Ste 700
Memphis, TN 38103

GE Money Bank
Recovery Management Systems Corp
c/o Ramesh Singh
25 SE 2nd Ave #1120
Miami, FL 33131-1605

US Bank
c/o Karen L Gibbon PS
3409 McDougall Avenue, Suite 202
Everett, WA 98201

<u>Notice sent via electronic means only</u>:
David Howe, Chapter 13 Trustee: ecfcomputer@chapter13tacoma.org
Office of the US Trustee: marjorie.s.raleigh@usdoj.gov

Dated <u>January 22, 2010</u>.

<u>/s/ Holley Cassell</u>
HOLLEY CASSELL

**Objection - 3**

**STANLEY F. HORAK LAW OFFICE**
1104 Main Street, Suite 300
Vancouver, WA 98660
**Phone** 360/695-1497 **Fax** 360/699-1351
**E-mail** Stanley.Horak@Gmail.com